UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

     v.

ARICI, et al.

     Defendants.

ECF CASE

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

11 Mag. 3037

TO:   Clerk of Court
        United States District Court
        Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

          Respectfully submitted,

          PREET BHARARA
          United States Attorney for the
          Southern District of New York

By:   /s/ Perry A. Carbone
       PERRY A. CARBONE
       Assistant United States Attorney
       (914) 993-1945
       Perry.Carbone@usdoj.gov