

**U.S. Department of Justice**

**MEMO ENDORSED**

United States Attorney
Southern District of New York

---

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

December 8, 2011

By Hand

Honorable George A. Yanthis
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 12-8-11

     Re:  *United States v. Arici and Verzani*, 11 Mag. 3037 (GAY)

Dear Judge Yanthis:

     The Government respectfully submits this letter to request an extension of time to submit its letter brief to address issues raised by the continued representation of Adem Arici by Jared Scharf, Esquire.

     On December 1, 2011, Adem Arici appeared before the Court for an initial appearance on the above-captioned complaint. The Court scheduled a preliminary hearing for December 15th and directed the Government to submit a letter brief addressing the potential conflicts of interests raised by Mr. Scharf's representation of Adem Arici in this matter by December 8, 2011. Since the initial appearance, both defendants have agreed to waive their rights to a preliminary hearing until the thirtieth day. Given the change in schedule, and because the Government is still vetting internally its position on Mr. Scharf's continued representation of Mr. Arici, we request that the Court extend the briefing schedule to provide the Government until December 22, 2011 to file its brief relating to the proposed *Curcio* inquiry.

     Mr. Scharf has not consented to this request.

*[signature]*   12/8/11

**APPLICATION GRANTED**
SO ORDERED:
GEORGE A. YANTHIS, USMJ

Thank you for Your Honor's consideration.

>
> Very truly yours,
>
> PREET BHARARA
> United States Attorney
>
> By: _____
> Cynthia K. Dunne    Perry Carbone
> Assistant United States Attorneys
> (914) 993-1913 \ 45

Jared Scharf, Esq.

   (Counsel for Adem Arici)
   (By email)